# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

FILED
SEP 1 9 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.

**JAMES LEE TISDALE, III**

**CRIMINAL COMPLAINT**

CASE NUMBER: W19-222M

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about **September 17, 2019,** in **Bell** County, in the Western District of Texas, defendant(s), **being a person who knew he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, and said firearm was in and affecting commerce,** in violation of Title **18**, United States Code, Section(s) **922(g)(1) and 924(a)(2)**.

I further state that I am a(n) **Deputy, Bell County Sheriff's Department,** and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

continued on the attached sheet and made a part hereof: YES

JASON HUBBARD, Deputy
Bell County Sheriff's Department

Sworn to before me and subscribed in my presence,

September ___, 2019            Waco, Texas
Date                           City and State

Jeffrey C. Manske
U.S. Magistrate Judge          Signature of Judicial Officer
Name & Title of Judicial Officer

# A F F I D A V I T

BEING FIRST DULY SWORN, Affiant, Jason Hubbard, deposes and states the following:

I, Jason Hubbard, am a Deputy with the Bell County Sheriff's Department, in Belton, Bell County Texas in the Waco Division of the Western District of Texas.

AFFIANT'S BACKGROUND

Your affiant is Jason Hubbard, a sworn Bell County Sheriff's Department Deputy and currently holds an active basic Texas peace officer's license. The affiant has been a licensed peace officer since September of 2015 and has been assigned to the warrants division with the Bell County Sheriff's Department and United States Marshals Service Lone Star Fugitive Task Force since March of 2019. The affiant has conducted numerous investigations leading to State and Federal charges prior to this date.

**AFFIANT'S KNOWLEDGE**

The information in this affidavit is derived from physical evidence, review of reports, discussions with officers from the Lone Star Fugitive Task Force and from conversations with persons further identified below who have personal knowledge of the events described herein.

Based on Affiant's investigation, **JAMES LEE TISDALE III** is a convicted felon and was in possession of a firearm in Killeen, Bell County, Texas which is located in the Waco Division of the Western District of Texas.

On September 17, 2019 while conducting a fugitive investigation in reference to TISDALE, he was observed walking near the 800 block of N Gray Street. TISDALE exited from a laundry mat and was observed carrying a blue bag around his neck.

Members of the Task Force conducted surveillance of TISDALE and observed him walk to the H-E-B grocery store. TISDALE entered the H-E-B and shortly later exited still carrying the blue bag around his neck. TISDALE walked back across N. Gray Street to the laundry mat he was initially seen leaving from.

At the opportune moment, for civilian and officer safety, members of the Task Force approached the laundry mat by vehicle. TISDALE was seen in the southeastern corner of the laundry mat once members of the Task Force exited their vehicles and entered the laundry mat. TISDALE was given verbal commands to get on the ground to which he complied. TISDALE was taken into custody by being placed in double-locked handcuffs.

The blue bag TISDALE had been seen carrying around his neck was observed on a table inside of the laundry mat. Due to TISDALE being taken into custody for his active warrants a search of the bag was conducted incident to lawful arrest.

Located inside of the blue bag was a stolen firearm out of Killeen Police Department and U.S. Currency in different denominations. Evidence collected is as follows:

1) Smith and Wesson M&P Shield 9mm (Serial# LFN 0309)

TISDALE made the statements that he did not know the Smith and Wesson was stolen prior to any guilt seeking questions being asked. TISDALE stated he had just purchased the firearm the day prior to this incident due to someone breaking into his residence several days ago.

HODGES has the following felony convictions:

1) Theft of Property S I ,500-$20,000
   403rd District Court
   Travis County, Texas
   Convicted 02/09/2018

2) Forgery of a Financial Instrument
   22nd District Court
   San Marcos, Texas
   Convicted 01/09/2019

The firearm described above was manufactured outside the State of Texas, and thus travelled in the stream of interstate commerce prior to its arrival in Texas. The handgun meets the definition of a firearm under Federal law, that is, it is capable of expelling a projectile by the action of an explosive.

Based on the above information, Affiant believes probable cause exists for issuance of a complaint for **JAMES LEE TISDALE III** for possession of a firearm by a convicted felon.

_____
JASON HUBBARD, Deputy
Bell County Sheriff's Department

SWORN TO AND SUBSCRIBED BEFORE ME on this the 19th day of September, 2019.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE